United States Court of Appeals
Fifth Circuit

**F I L E D**

# UNITED STATES COURT OF APPEALS
February 26, 2008

## FOR THE FIFTH CIRCUIT

Charles R. Fulbruge III
Clerk

No. 03-11137

D.C. Docket No. 3:00-CV-2044

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
APR 1 7 2008
CLERK, U.S. DISTRICT COURT
By _____
Deputy

CHARLES E MINES, JR

Petitioner - Appellant

v.

NATHANIEL QUARTERMAN, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION

Respondent - Appellee

Appeal from the United States District Court for the
Northern District of Texas, Dallas.

Before BARKSDALE, GARZA, and DENNIS, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was
argued by counsel.

It is ordered and adjudged that the judgment of the District
Court is affirmed in part and reversed in part, and the cause is
remanded to the District Court for further proceedings in
accordance with the opinion of this Court.

ISSUED AS MANDATE: **APR 1 1 2008**

A True Copy
Attest       APR 1 1 2008

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _Madeleine Chigoy_
Deputy

New Orleans, Louisiana